**Order entered December 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00598-CV

### MARC HEALEY, Appellant

### V.

### NATASHA HALL AND ROYCE HALL, III, D/B/A NO LIMIT RETRIEVERS, Appellees

**On Appeal from the County Court at Law No. 2
Kaufman County, Texas
Trial Court Cause No. 92099CC2**

## ORDER

Before the Court is appellee Natasha Hall's "motion to substitute party." We **GRANT** appellee's motion to the extent we **DIRECT** the Clerk of the Court to change the style of this appeal to "**Marc Healey v. Natasha Romero f/k/a Natasha Hall and Royce Hall, III, d/b/a No Limit Retrievers.**"

/s/    ELIZABETH LANG-MIERS
       JUSTICE